Jan C Rust
9865 E Creek St
Tucson, AZ  85730
520-275-6634



IN THE UNITED DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

JAN C RUST,  )
            )
    Plaintiff )   APPLICATION FOR
            )   WRIT OF HABEAS CORPUS
            )   RE: TERRY ANN SHERIDAN
  -vs-      )   COLORADO CASE: NO. 10CR-1755
            )
BOULDER COUNTY, CO )
SHERIFF RE: Joe Pelle  ) CIV 12-586 TUCRCC
    Defendant )
            )

   Comes Now, Jan C. Rust and makes an application for a Writ of Habaes Corpus regarding Terry Ann Sheridan DOB 08/04/1951.  She is detained supposed to be detained by the Boulder County Sheriff and/or post bail and be supervised by GPS Ankle monitor.

   On April 6th, Ms. Sheridan was in the Tucson, Arizona area on court supervised travel pass and GPS ankle monitor.  During that time she was allowed to drive off in a 2000 Grey Honda Insight by Tucson Police.  The car was not registered, title or insured at that time to Ms. Sheridan.  Plaintiff Jan Rust was in the process of obtaining title that was at Southwest Motor vehicle on April 6, 2012.

   Rust has attempted to report he vehicle stolen only to be told that the complaint was "civil" in nature.  In an attempt to recover the vehicle, Rust learned that Ms. Sheridan has fled the jurisdiction in the vehicle and there is a warrant for her arrest.

   Rust has attached a copy of the information sent the Boulder County Court.

Respectfully submitted this 3rd day of August, 2012.

_____
Jan C. Rust